**Thomas Declan McKeon**
Attorney at Law
570 Kearny Avenue
Kearny, New Jersey 07032
****
Phone (201) 997-2700
Fax (201) 997-4557
Email: TMcKeonLaw@aol.com

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 SEP 24 PM 12 28

September 22, 2014

Barbara A. Ward, Esq.
Assistant US Attorney
970 Broad Street
Newark, NJ 07102

        Re: Lanza Group v. Biodiagnostic Lab etal
        NJ Docket #LT-7478-14
        US Docket #14-5721

Greetings

This office represents the plaintiff in the above captioned matter. Since the defendant has vacated the premises as you said we are requesting the court to dismiss the above matter.

Thank you.

        Very truly yours,

        THOMAS D. MCKEON

TDM:eem
Cc: Client
NJ Superior Court
US District Court

